JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHARINA LAMBERT,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CITY OF SAN BERNARDINO, a municipality; CHIEF OF POLICE, ROBERT HANDY, an individual; OFFICER J. CASTRO, an individual; OFFICER S. ARANDA, an individual; OFFICER J. ECHEVARRIA, an individual; and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | Case No.: EDCV14-00123-DTB<br><br>**[~~PROPOSED~~] ORDER UPON STIPULATION TO DISMISS DEFENDANTS CHIEF OF POLICE ROBERT HANDY, OFFICER J. CASTRO, OFFICER S. ARANDA and OFFICER J. ECHEVARRIA**<br><br>**[Stipulation Filed Concurrently Herewith]**<br><br>Complaint Filed:　　1/21/2014 |

　　　The Court having considered the Stipulation by the Parties, through their respective counsel of record, orders the following:

　　　IT IS HEREBY ORDERED that defendants CHIEF OF POLICE ROBERT HANDY, OFFICER J. CASTRO, OFFICER S. ARANDA, and OFFICER J. ECHEVARRIA be dismissed, with prejudice, from this action as this matter has been settled with all payment to be made by the CITY OF SAN BERNARDINO.

///

///

///

IT IS FURTHER ORDERED, by and between plaintiff and defendants CHIEF OF POLICE ROBERT HANDY, OFFICER J. CASTRO, OFFICER S. ARANDA, and OFFICER J. ECHEVARRIA, that this dismissal with prejudice shall constitute a general release by plaintiff and these defendants of all claims and a waiver by plaintiff and these defendants of all costs, court fees, and attorneys' fees arising out of this litigation between these parties herein.

**IT IS SO ORDERED.**

Dated: September 22, 2014

_____
U.S. Magistrate Judge David T. Bristow

Respectfully submitted by:
Eugene P. Ramirez, Esq. (SBN 134865)
Timothy J. Kral, Esq. (SBN 200919)
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
15th Floor at 801 Tower
801 South Figueroa Street
Los Angeles, CA 90017
Telephone: (213) 624-6900
Facsimile: (213) 624-6999
epr@manningllp.com; tjk@manningllp.com

Attorneys for Defendants, CITY OF SAN BERNARDINO; CHIEF OF POLICE ROBERT HANDY; OFFICER J. CASTRO; OFFICER S. ARANDA; and OFFICER J. ECHEVARRIA